IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CURTIS JAMES MCGARVEY,<br><br>    Defendant. | Case No. 1:18-cr-00130<br><br>**UNITED STATES' WITNESS LIST** |

1. **Officer John Dietrich**, Bismarck Police Department

2. **SA Steve Harstad**, North Dakota Bureau of Criminal Investigation

3. **SA Randy Helderop**, Department of Homeland Security

4. **Lt. James Hulm**, Burleigh County Sheriff's Department

5. **Annie Jensen**

6. **Sarah Jensen**

7. **Officer Erik Johnson**, Bismarck Police Department

8. **Harley Knodel**

9. **Officer Tyler Leingang**, Bismarck Police Department

10. **Det. Brent Lipponen**, Bismarck Police Department

11. **Christine Loftberg**

12. **Eliza Loftberg**

13. **Madelyn Loftberg**

14. **Nathan Loftberg**

15. **Isaac McGarvey**

16. **Joey McGarvey**

17. **Jacob McGarvey**

18. **M.M.**

19. **Dep. Ron Mehrer**, Burleigh County Sheriff's Department

20. **Sgt. Dustin Olson**, Burleigh County Sheriff's Department

21. **Dep. Nick Soiseth**, Burleigh County Sheriff's Department

22. **Dep. Brian Thompson**, Burleigh County Sheriff's Department

Dated: February 26, 2020

                          DREW H. WRIGLEY
                          United States Attorney

By:   */s/ Gary L. Delorme*
      GARY L. DELORME
      Assistant United States Attorney
      ND Bar ID 05845
      P.O. Box 699
      Bismarck, ND  58502-0699
      (701) 530-2420
      gary.delorme@usdoj.gov
      Attorney for United States